```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

EON SHEPHERD,

      Plaintiff,

  - against -

COMMISSIONER BRIAN FISHER, et al.,

      Defendants.

ORDER

08 Civ. 9297 (LTS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence from the Parties,

**IT IS HEREBY ORDERED THAT**

(1) the Parties **SHALL** appear before the Court for a telephonic conference on **August 31, 2009, at 4:00 p.m.**

**SO ORDERED this 18th day of August 2009**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge